# SPIVAKLIPTON LLP

ATTORNEYS AT LAW

James M. Murphy
jmurphy@spivaklipton.com
1040 Avenue of the Americas, 20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

April 27, 2023

**Via Electronic Filing (ECF) and E-Mail**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re:    **Case 1:23-cv-03055-VEC, New York City and Vicinity District Council of Carpenters v. Tishman Construction Corporation of New York d/b/a AECOM/Tishman et al.**

Dear Judge Caproni:

This firm represents Petitioner New York City and Vicinity District Council of Carpenters. I write on behalf of the parties in the above-referenced matter to respectfully request entry of the attached proposed Consent Order and Judgment confirming in its entirety the January 3, 2023 Opinion and Award of Arbitrator Richard Adelman in order to resolve this matter and avoid further litigation.

Thank you.

Respectfully,

James M. Murphy

Enclosure

cc (via ECF and e-mail):
    Frederick D. Braid, Esq.
    Counsel for Respondents