USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY AND VICINITY DISTRICT COUNCIL OF CARPENTERS,

    Petitioner,

-against-

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK d/b/a AECOM/TISHMAN and HUNT CONSTRUCTION GROUP, INC. d/b/a AECOM/HUNT,

    Respondents.

Case No. 23-cv-03055 (VEC)

**CONSENT ORDER AND JUDGMENT**

By consent of the parties, Petitioner New York City and Vicinity District Council of Carpenters and Respondents Tishman Construction Corporation of New York d/b/a AECOM/Tishman ("AECOM/Tishman") and Hunt Construction Group, Inc. d/b/a AECOM Hunt ("AECOM/Hunt"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

The January 3, 2023 Opinion and Award of Arbitrator Richard Adelman in favor of Petitioner is confirmed in its entirety without costs or fees awarded to any party.

Agreed and Consented to April 26, 2023:

Petitioner New York City and Vicinity
District Council of Carpenters

By: _____
James M. Murphy
Lydia Sigelakis
Spivak Lipton LLP
1040 Avenue of the Americas
New York, NY 10018
(212) 765-2100

Respondents Tishman Construction
Corporation of New York d/b/a
AECOM/Tishman ("AECOM/Tishman")
and Hunt Construction Group, Inc. d/b/a
AECOM Hunt ("AECOM/Hunt")

By: _____
Frederick Braid
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3393

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: __April 28__, 2023

_Valerie Caproni_ (signature)

VALERIE E. CAPRONI
United States District Judge